Entered: March 3, 2020
Signed: March 3, 2020

**SO ORDERED**



_____
**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

**In re:   Case No.:  19−25788 − TJC     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Robin A Nearon
*debtor has no known aliases*
19413 Brassie Pl
Apt 203
Montgomery Village, MD 20886−1945

Social Security No.:   xxx−xx−2747

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 11/26/19.

The estate of the above−named debtor has been fully administered.

ORDERED, that Steven H Greenfeld is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *kfraser*